# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** James Owens, et al.

v.

BNP Paribas, S.A., et al.

**Case No:** 17-7037

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

BNP Paribas, S.A.

BNP Paribas North America, Inc.

BNP Paribas (Suisse) S.A.

Names of Parties                                          Names of Parties

### Counsel Information

**Lead Counsel:** Lawrence Friedman

Direct Phone: (212) 225-2840   Fax: (212) 225-3999   Email: lfriedman@cgsh.com

**2nd Counsel:** Jonathan Blackman

Direct Phone: (212) 225-2490   Fax: (212) 225-3999   Email: jblackman@cgsh.com

**3rd Counsel:**

Direct Phone: (   )               Fax: (   )              Email:

**Firm Name:** Cleary Gottlieb Steen & Hamilton LLP

**Firm Address:** One Liberty Plaza, New York, NY 10006

**Firm Phone:** (212) 225-2000   Fax: (212) 225-3999   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2017, the foregoing Entry of Appearance was filed and served through the Court's electronic filing system.

By: _____
Lawrence B. Friedman (D.C. Circuit Bar # 60271)
Jonathan I. Blackman
Carmine D. Boccuzzi, Jr.
Avram E. Luft
Mark S. Grube
One Liberty Plaza
New York, New York 10006
(212) 225-2000
(212) 225-3999 (fax)
lfriedman@cgsh.com

Alexis Collins
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 974-1500

Attorneys for Defendants BNP Paribas S.A., BNP Paribas North America, Inc. and BNP Paribas (Suisse) S.A.